**No. 10-1018. Steve A. Filarsky, Petitioner v. Nicholas B. Delia.**

565 U.S. 1103, 132 S. Ct. 994, 181 L. Ed. 2d 725, 2012 U.S. LEXIS 3.

January 6, 2012. Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

**No. 10-1032. Steve Magner, et al., Petitioners v. Thomas J. Gallagher, et al.**

565 U.S. 1103, 132 S. Ct. 994, 181 L. Ed. 2d 725, 2012 U.S. LEXIS 1.

January 6, 2012. Motion of petitioners to dispense with printing the joint appendix granted.

**No. 10-1062. Chantell Sackett, et vir, Petitioners v. Environmental Protection Agency, et al.**

565 U.S. 1103, 132 S. Ct. 994, 181 L. Ed. 2d 725, 2012 U.S. LEXIS 6.

January 6, 2012. Motion of Natural Resources Defense Council, et al. for leave to file a brief as amici curiae granted.

**No. 10-1542. Eric H. Holder, Jr., Attorney General, Petitioner v. Carlos Martinez Gutierrez.**

**No. 10-1543. Eric H. Holder, Jr., Attorney General, Petitioner v. Damien Antonio Sawyers.**

565 U.S. 1104, 132 S. Ct. 994, 181 L. Ed. 2d 725, 2012 U.S. LEXIS 5.

January 6, 2012. Motion of respondents for divided argument granted.

**No. 11-88. Asid Mohamad, Individually and for the Estate of Azzam Rahim, Deceased, et al., Petitioners v. Palestinian Authority, et al.**

565 U.S. 1104, 132 S. Ct. 994, 181 L. Ed. 2d 725, 2012 U.S. LEXIS 9.

January 6, 2012. Motion of petitioners to dispense with printing the joint appendix granted.

**No. 11-159. Michael J. Astrue, Commissioner of Social Security, Petitioner v. Karen K. Capato, on Behalf of B. N. C., et al.**

565 U.S. 1104, 132 S. Ct. 995, 181 L. Ed. 2d 725, 2012 U.S. LEXIS 8.

January 6, 2012. Motion of Solicitor General to dispense with printing the joint appendix granted.